# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LEROY CAMPBELL,**

    Plaintiff,

                               **CASE NO.    3:11-cv-084**

**-vs-**

                               **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Court **ORDERED** the ALJ's Non-Disability finding is found **SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and that the case be **CLOSED**.

Date:  November 16, 2011                        **JAMES BONINI, CLERK**

                                                    By: <u>s/ M. Rogers</u>
                                                    Deputy Clerk