UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LEROY CAMPBELL,**

   Plaintiff,

                                 **CASE NO.    3:11-cv-084**

**-vs-**                                    **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Court **ORDERED** the ALJ's Non-Disability finding is found **SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and that the case be **CLOSED**.

Date:   November 16, 2011                     **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                    Deputy Clerk